

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

LIDIA OSEGUEDA (03),

     Defendant.

CASE NO. 14CR0816-GPC

**JUDGMENT OF DISMISSAL**

   IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and
the Court has granted the motion of the Government for dismissal of
this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of
acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not
guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1324(a)(1(A)(ii) and (v)(I).

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/22/14

          RUBEN B. BROOKS
          UNITED STATES DISTRICT JUDGE

         ENTERED ON _____